■ MELVYN GONZALEZ, Appellant, v SOO JONG KIM, Respondent. [805 NYS2d 279]—

Order, Supreme Court, Bronx County (Anne E. Targum, J.), entered February 11, 2002, which, after a hearing before a Judicial Hearing Officer, dismissed the complaint, unanimously affirmed, without costs.

The complaint alleging that plaintiff was fraudulently induced into giving defendant $34,000 on the false assurance that he would become an equal partner in a fruit and vegetable store was properly dismissed. The testimony at the hearing before the Judicial Hearing Officer showed that the money plaintiff provided defendant was an investment in a business that ultimately failed. Concur—Buckley, P.J., Andrias, Catterson and Malone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY WILLIAMS, Appellant. [805 NYS2d 280]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered March 25, 2004, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning credibility, including its evaluations of inconsistencies in testimony (see People v Gaimari, 176 NY 84, 94 [1903]).

We perceive no basis for reducing the sentence. Concur—Buckley, P.J., Andrias, Catterson and Malone, JJ.